**Dwight ALEXANDER, Plaintiff–
Appellant**

v.

**BAYVIEW LOAN SERVICING,
LLC, Defendant–Appellee.**

No. 12–3742.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 24, 2013.

Filed: June 27, 2013.

Dwight Alexander, Little Rock, AR, pro se.

Samuel Scott High, Angela M. Martin, Wilson & Associates, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

In this diversity action, Dwight Alexander appeals from the order of the District Court[1] granting summary judgment in favor of defendant Bayview Loan Servicing, LLC (BLS). After careful consideration, *see Lieffort v. Dakota, Minn. & E.R.R.,* 702 F.3d 1055, 1057–58 (8th Cir.2013) (standard of review), we conclude that BLS was entitled to summary judgment for the reasons stated by the District Court. Accordingly, we affirm. We deny as moot Alexander's pending motion.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.